UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DEPARTMENT, SACRAMENTO,<br><br>Defendant. | No. 2:24-cv-0673 AC P<br><br><br>ORDER |

By order filed November 12, 2024, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. ECF No. 6. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: January 2, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1