1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIRK DOUGLAS WILLIAMS,                      No.  2:24-cv-0673 AC P

12              Plaintiff,

13        v.                                       ORDER AND FINDINGS &
                                                   RECOMMENDATIONS
14    SHERIFF DEPARTMENT
      SACRAMENTO,
15
                 Defendant.
16

17            By order filed November 12, 2024, the complaint was screened and found to not state a

18    claim for relief.  ECF No. 6.  Plaintiff was given thirty days to file an amended complaint and

19    cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id.

20    at 4.  After plaintiff failed to file an amended complaint, he was given an additional twenty-one

21    days to do so and was warned that failure to do so would result in a recommendation that this

22    action be dismissed without further warning.  ECF No. 7.  Twenty-one days have now passed,

23    and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

24            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly

25    assign a United States District Judge to this action

26            IT IS FURTHER RECOMMENDED that the complaint be dismissed for failure to state a

27    claim for the reasons set forth in the November 12, 2024 Screening Order (ECF No. 6).  See L.R.

28    110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

                                                  1

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court and serve a copy on all parties.  Such a document should be captioned "Objections

5  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

6  objections within the specified time may waive the right to appeal the District Court's order.

7  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8  DATED: February 21, 2025

9

ALLISON CLAIRE
10                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28