UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS, | No. 2:24-cv-0673 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| SHERIFF DEPARTMENT SACRAMENTO, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding without counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 24, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 8.  Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  In addition, the Court has reviewed the Magistrate Judge's November 12, 2024 Order (ECF No. 6)

1  which the Court finds is also supported by the record and the proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations (ECF No. 8) are adopted in full; and

4  2. The complaint is dismissed for failure to state a claim; and

5  3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 30, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/df:will0673..800.jo

2